UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN RICHARDSON,<br><br>              Plaintiff,<br><br>  v.<br><br>J. ISQUIERDO, et al.,<br><br>             Defendants. | 1:05-cv-1590-REC-SMS<br><br>ORDER RE: FINDINGS AND RECOMMENDATION TO DISMISS ACTION BECAUSE OF PLAINTIFF'S FAILURE TO PAY THE $250.00 FILING FEE OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS, FOLLOW AN ORDER OF THE COURT, AND PROSECUTE THE ACTION (DOCS. 3, 4)<br><br>ORDER DIRECTING CLERK TO CLOSE THE ACTION |

     Plaintiff filed the instant action on December 12, 2005. However, Plaintiff neither paid the $250.00 filing fee nor filed an application to proceed in forma pauperis. On March 9, 2006, the Court directed Plaintiff within thirty days of service either to file an application to proceed in forma pauperis or to pay the $250.00 filing fee. The Clerk's proof of service shows that the order and a blank in forma pauperis application were mailed to Plaintiff at the address listed in the docket on March 9, 2006. Thereafter, on May 1, 2006, when Plaintiff had failed to file timely an application or pay the fee, the Magistrate Judge filed findings and a recommendation that the action be dismissed for

1

1  Plaintiff's failure to pay the filing fee or file an application
2  to proceed in forma pauperis, comply with an order of the Court,
3  or otherwise prosecute the case. The findings and recommendation
4  were served on all parties and contained notice that any
5  objections to the findings and recommendations were to be filed
6  within thirty (30) days of the date of service of the order. Over
7  thirty days have passed, but no party has filed any objections.

8  In accordance with the provisions of 28 U.S.C. § 636
9  (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
10 452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
11 review of the case. Having carefully reviewed the entire file,
12 the Court finds that the report and recommendation are supported
13 by the record and proper analysis.

14 Accordingly, IT IS HEREBY ORDERED that:

15 1. The findings and recommendation filed May 1, 2006, are
16 ADOPTED IN FULL; and

17 2. The action IS DISMISSED without prejudice for failure to
18 prosecute; and

19 3. The Clerk of Court IS DIRECTED to close this action
20 because this order terminates the action in its entirety.

21 IT IS SO ORDERED.

22 **Dated:  June 7, 2006**                /s/ Robert E. Coyle
   668554                                  UNITED STATES DISTRICT JUDGE

2